```
                    FILED
          CLERK, U.S. DISTRICT COURT

                 9/28/2023

       CENTRAL DISTRICT OF CALIFORNIA
       BY: ____CD____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JUAN ANTHONY CARRILLO,<br><br>　　　　Defendant. | CR  2:23-cr-00478-WLH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 242: Deprivation of Rights Under Color of Law; 18 U.S.C. § 113(a)(3): Assault with a Dangerous Weapon with Intent to Do Bodily Harm] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.   The Veterans Affairs Police Department ("VAPD") was a Federal law enforcement agency within the Central District of California.  Among other responsibilities, the VAPD provided police services for the United States Department of Veterans Affairs ("VA"), including protecting VA properties and enforcing federal and state law on VA properties.

2.   Defendant JUAN ANTHONY CARRILLO was a sworn Federal law enforcement officer and VAPD officer assigned to work at the West Los

Angeles VA Medical Center in Los Angeles, California.  Defendant CARRILLO was approximately 5'8" and 200 pounds.

3.    Victim R.V. was a 34-year-old Hispanic White male and approximately 5'5" and 140 pounds.

4.    On or about January 16, 2022, a VAPD officer ("Officer A"), who was approximately 6'1" and 225 pounds, stopped and detained victim R.V., who was walking through the property of the West Los Angeles VA Medical Center.

5.    Defendant CARRILLO arrived to assist Officer A and proceeded to strike victim R.V. with a VAPD-issued baton up to 45 times in approximately 41 seconds, most, if not all, of which baton strikes were delivered while Officer A was on top of victim R.V.

6.    On or about January 17, 2022, defendant CARRILLO prepared a misleading VAPD incident report to justify his use of force against victim R.V on January 16, 2022.  Among other things, defendant CARRILLO's report misleadingly and falsely claimed that victim R.V. was violently kicking his legs and refusing to show his hands, while also omitting the number of strikes defendant CARRILLO used.  Defendant CARRILLO submitted his misleading VAPD incident report to his superiors at VAPD.

7.    These Introductory Allegations are incorporated into each count of this Indictment.

COUNT ONE

[18 U.S.C. § 242]

On or about January 16, 2022, in Los Angeles County, within the Central District of California, defendant JUAN ANTHONY CARRILLO, then a sworn Federal law enforcement officer employed by VAPD, while acting under color of law, assaulted victim R.V. with a dangerous weapon, namely, a baton that defendant CARRILLO used to strike victim R.V. up to 45 times, which resulted in bodily injury to victim R.V., and thereby willfully deprived victim R.V. of rights secured and protected by the Constitution and laws of the United States, namely, the right to be free from the use of unreasonable and unnecessary force by a law enforcement officer.

COUNT TWO

[18 U.S.C. § 113(a)(3)]

On or about January 16, 2022, in Los Angeles County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, namely, the West Los Angeles VA Medical Center, defendant JUAN ANTHONY CARRILLO intentionally assaulted victim R.V. with the intent to do bodily

///

harm, and in doing so, used a dangerous weapon, namely, a baton that defendant CARRILLO used to strike victim R.V. up to 45 times.

A TRUE BILL

        /S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Public Corruption
and Civil Rights Section

CASSIE D. PALMER
Assistant United States Attorney
Deputy Chief, Public Corruption
and Civil Rights Section

SUSAN S. HAR
Assistant United States Attorney
Public Corruption and Civil
Rights Section